IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SHANE COLTON AND GINA COLTON, ADDISON STOP ENTERPRISES, LLC AND STAN'S FLYING SERVICE, LLC | Cause No. CV 23-78-GF-JTJ |
| Plaintiffs, | **AMENDED ORDER** |
| vs. | |
| NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY, | |
| Defendant. | |

Upon stipulation of the parties and good cause appearing therefore:

IT IS HEREBY ORDERED that the deadlines contained in this Court's Order dated April 9, 2024 (Doc. 10) are VACATED. The preliminary pretrial conference is RESET for June 18, 2024 at 11:00 a.m. The call in number is 877-402-9753; access code: 5136505. The Preliminary Pretrial Statements, Joint Discovery Plan and Statement of Stipulated Facts are due to the Court by June 17, 2024.

DATED this 16th day of April, 2024.

John Johnston
United States Magistrate Judge