# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| SHANE COLTON AND GINA COLTON, ADDISON STOP ENTERPRISES, LLC AND STAN'S FLYING SERVICE, LCC,<br><br>Plaintiffs,<br>v.<br><br>NORTHWESTERN COPROATION d/b/a NORTHWESTERN ENERGY,<br><br>Defendant. | Cause No. CV-23-78-GF-BMM-JTJ<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties Stipulation for Dismissal with Prejudice (Doc. 36), and for good cause appearing,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorneys' fees.

DATED this 7th day of April, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

1

CORE/0837149.005503/197721407.1